CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:08−cv−02189−DMC−MF

DAVIS v. DAVOL, INC. et al
Assigned to: Judge Dennis M. Cavanaugh
Referred to: Magistrate Judge Mark Falk
Cause: 28:1332 Diversity−Product Liability

Date Filed: 05/05/2008
Date Terminated: 06/25/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**DONNA MARIE DAVIS** represented by **SCOTT A. GEORGE**
SEEGER WEISS, LLP
550 BROAD STREET
SUITE 920
NEWARK, NJ 07102
(973) 639−9100
Email: sgeorge@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL, INC.**

**Defendant**

**C.R. BARD, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2008 | Ï 1 | COMPLAINT against DAVOL, INC., C.R. BARD, INC. ( Filing fee $ 350 receipt number 1982476.) Jury Demand, filed by DONNA MARIE DAVIS. (Attachments: # 1 summons bard, # 2 summons Davol, # 3 Civil Cover Sheet)(ld, ) (Entered: 05/06/2008) |
| 05/06/2008 | Ï 2 | Summons Issued as to DAVOL, INC., C.R. BARD, INC.. Days Due − 20.(SUMMONS MAILED TO COUNSEL) (ld, ) (Entered: 05/06/2008) |
| 06/23/2008 | Ï 3 | Certified Coy of MDL ORDER transferring action to the District of Rhode Island. Signed by Judge No Judge Assigned on 06/23/2008. (nr, ) (Entered: 06/25/2008) |
| 06/25/2008 | Ï | ***Civil Case Terminated. (nr, ) (Entered: 06/25/2008) |